

# NUMBER 13-19-00062-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LARRY MARK POLSKY,                                                    Appellant,

v.

SHERIFF OMAR LUCIO AND                                               Appellees.
CAMERON COUNTY,

**On appeal from the 445th District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on appellant's motions to withdraw opinion and judgment, reinstate, and for extension of time to file the clerk's record. This Court previously issued a memorandum opinion dismissing Cause No. 13-19-00062-CR for want of prosecution after appellant failed to comply with the Court's ten-day notice to pay

for the clerk's record and provide proof of payment.  Appellant has provided the Court with evidence that he made such a payment, but mistakenly relied on the district clerk to inform the Court.  In the interest of justice, the Court is of the opinion that appellant's motions should be granted.  Accordingly, we withdraw our previous opinion and judgment, reinstate the case, and extend the deadline to file the clerk's record until May 31, 2019.

It is so ORDERED.

PER CURIAM

Delivered and filed the
2nd day of May, 2019.

2